UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES HILLA,

    Plaintiff,

v.                                         Case No. 10-14881

KEYSTONE SHIPPING CO., et al.,

    Defendants.
                                            /

**ORDER ADMINISTRATIVELY CLOSING CASE,
DIRECTING PLAINTIFF'S ATTORNEY TO FILE MONTHLY
STATUS MEMORANDA, AND SETTING TELEPHONE CONFERENCE**

On January 3, 2012, the court's case manager received a letter from Plaintiff's counsel, George T. Fishback, informing the court that Plaintiff has died. The court thereafter conducted a telephonic conference with counsel for all parties, during which counsel agreed to administratively dismiss the case pending a reevaluation of the case by Plaintiff's counsel. Accordingly,

IT IS ORDERED that this case shall be removed from the court's active docket and administratively closed for statistical purposes.

IT IS FURTHER ORDERED that, upon notification by either party, the case shall be restored to the active docket of the court, with all rights enjoyed by all parties fully in force as they were on the date of this order.

IT IS FURTHER ORDERED that Mr. Fishback shall file a status memorandum on the last business day of each month beginning with the month of January 2012 explaining the status of the case.

Finally, IT IS ORDERED that the counsel for the parties shall participate in a telephonic conference on **May 15, 2012, at 11:00 a.m.** The court will initiate the call.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: January 13, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 13, 2012, by electronic and/or ordinary mail.

        s/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\10-14881.HILLA.Admis.Dismissal.Death.jrc.wpd