UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WENDY GLOMSKI, Personal representative of the Estate of James Hilla, deceased,

        Plaintiff,

-vs-

KEYSTONE SHIPPING CO., a Delaware corporation, KEY LAKES, INC., a Delaware corporation; and KEY LAKES I, INC., a Delaware corporation,

        Defendants.

Case No. 2:10-cv-14881-RHC-VMM
HON. Robert H. Cleland
Mag. Virginia M. Morgan

| GEORGE T. FISHBACK (P29763) | THOMAS W. EMERY (P32953) |
|---|---|
| Attorney for Plaintiff | Attorney for Defendants |
| 1000 Farmer Street | 1000 Woodbridge Street |
| Detroit, Michigan 48226 | Detroit, MI 48207-3192 |
| (313) 965-3464 | (313) 446-5525 |
| (313) 965-4315 - FAX | (313) 259-0450 - FAX |
| gtfishback@sachswaldman.com | temery@garanlucow.com |

**ORDER APPROVING SETTLEMENT AND AUTHORIZING DISTRIBUTION OF SETTLEMENT PROCEEDS**

AT A SESSION OF SAID COURT HELD IN THE COURTHOUSE, CITY OF DETROIT, COUNTY OF WAYNE AND STATE OF MICHIGAN ON SEP 24 2012

PRESENT: HON. ROBERT H. CLELAND
                    US. DISTRICT COURT JUDGE

This matter having come before the Court on Plaintiff's Motion for Approval of Settlement and for Authority to Distribute Settlement Proceeds, the parties having appeared and given testimony, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the settlement of this case in the total amount of $50,829.00 is hereby approved, as the Court finds that this settlement is in the best interests of the decedent's Estate;

**IT IS FURTHER ORDERED** that the amount of litigation costs and attorney fees and the persons who have suffered a loss and their corresponding distributive share are as follows:

- A. To Sachs Waldman, Professional Corporation as reimbursement of litigation costs, $1,854.18;
- B. To Sachs Waldman, Professional Corporation as reimbursement of attorney fees, $16,324.94;
- C. Shirley M. Hilla - (mother) - $0.00;
- D. Wendy S. Glomski - (sister) - $8,162.47;
- E. Charles A. Hilla - (brother) - $8,162.47;
- F. David Lee Hilla - (brother) - $8,162.47; and
- G. Darryl E. Hilla - (brother) - $8,162.47.

**IT IS FURTHER ORDERED** that the proceeds of the settlement received in this matter shall be disbursed upon receipt of the settlement funds, as set forth above.

*[signature]*
UNITED STATES
DISTRICT COURT JUDGE