UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WENDY GLOMSKI,

    Plaintiff,

v.                                                      Case No. 10-14881

KEYSTONE SHIPPING CO., et al.,

    Defendants.
                                           /

**ORDER OF DISMISSAL**

The parties moved for an order approving the settlement in this case. On September 19, 2012, the court granted the motion and on September 24, 2012, issued an order approving the settlement. As all issues in the case have now been resolved,

IT IS ORDERED that the above-captioned matter is DISMISSED.

                                           s/Robert H. Cleland
                                           ROBERT H. CLELAND
                                           UNITED STATES DISTRICT JUDGE

Dated: September 24, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 24, 2012, by electronic and/or ordinary mail.

                                             s/Lisa Wagner
                                           Case Manager and Deputy Clerk
                                           (313) 234-5522